FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 28, 2023**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDRES MENDOZA,<br><br>Defendant. | No. 4:22-CR-06032-MKD-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 90)** |

Before the Court is Defendant's Motion to Modify Conditions of Release, **ECF No. 90**. Defendant recites in his motion that United States Probation and the United States have no objection to Defendant's motion.

Specifically, Defendant is requesting the Court to strike Condition No. 18 requiring him to participate in a program of GPS Monitoring pursuant to the Order Following Detention Hearing, ECF No. 64.

The Court, finding good cause, **IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 90**, as it relates to removal of the GPS is **GRANTED**. **Condition No. 18, ECF No. 64, _regarding GPS Monitoring only_, is STRICKEN. The Home Detention provision of Condition No. 18, ECF No. 64 remains in effect.**

ORDER - 1

  2. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

  3. Defendant's Motion to Expedite, **ECF No. 89**, is **GRANTED**.

**IT IS SO ORDERED.**

DATED April 28, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2